NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIM POPOW, | Case No.: 2:20-cv-01801-JAD-BNW |
| Plaintiff, | |
| vs. | **MOTION TO BE RELIEVED OF PROVIDING CD AND HARD COPIES OF THE CERTIFIED ADMINISTRATIVE RECORD; [PROPOSED] ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Defendant, Commissioner of Social Security (Commissioner), by his undersigned attorneys, anticipates that an electronic copy of the certified administrative record (e-CAR) will be completed soon and that no further extensions will be required in this case (*see* the Commissioner's Unopposed Motion for Extension of Time to File Certified Administrative Record and Answer, filed concurrently with this motion). To avoid delay when the e-CAR is completed, the Commissioner requests that he be permitted to file the e-CAR under seal using the "Certified Administrative Record under seal" ECF event and be relieved of the requirement of preparing CD/hard copies of the CAR. This will allow Commissioner to file the e-CAR as quickly as possible upon receipt.

Dated: February 25, 2021

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

ORDER

Based upon Defendant's Motion to be Relieved of Providing CD and Hard Copies of the Certified Administrative Record, and for good cause shown, IT IS ORDERED that Defendant be relieved of providing CD or hard copies of the Certified Administrative Record (CAR) to the Court and to Plaintiff. The Court further ORDERS that Defendant may file an electronic copy of the CAR (e-CAR) under seal in CM/ECF.

**IT IS SO ORDERED**

**DATED:** 3:54 pm, March 03, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**