Shayne L. Wulterin, Esq., Bar No. 7565
Kevin Lazar, Esq., Bar No. 9610
FORD, WALKER, HAGGERTY & BEHAR
8215 South Eastern Avenue
Suite 225
Las Vegas, Nevada 89123
(702) 724-2699; (702) 912-1352 Fax

FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500; (562) 590-3525 Fax

Attorneys for Plaintiff,
KIM POPOW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM POPOW,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendants. | CASE NO. 2:20-cv-01801<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF (SECOND REQUEST) AND [PROPOSED] ORDER** |

Plaintiff, Kim Popow, (the "Plaintiff"), by and through her undersigned attorneys, hereby moves for a thirty-day extension of time to file the Opening Brief. The Opening Brief is due to be filed by June 9, 2021. This is the Plaintiff's second request for an extension.

The CAR in this matter is in excess of 2,500 pages, and Plaintiff's counsel would like additional time to review the voluminous records and documents prior to submitting the Opening Brief.

1

Given the foregoing, Plaintiff requests an extension of time in which submit the Opening Brief until July 9, 2021. On June 1, 2021, the undersigned conferred with Defendant's counsel, Allison Cheung, Esq., who has no opposition to the requested extension.

It is therefore respectfully requested that Plaintiff be granted an extension of time to file the Opening Brief, through and including July 9, 2021.

Dated: June 1, 2021

FORD, WALKER, HAGGERTY & BEHAR

BY: _____
Shayne L. Wulterin, Esq., Bar No. 7565
Kevin Lazar, Esq., Bar No. 9610
FORD, WALKER, HAGGERTY & BEHAR
8215 South Eastern Avenue, Suite 225
Las Vegas, Nevada 89123
(702) 724-2699; (702) 912-1352 Fax
Attorneys for Plaintiff,
KIM POPOW

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 4, 2021

Unopposed Motion to Continue Date to File Opening Brief (Second Request).docx