CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIM POPOW,<br><br>                    Plaintiff,<br><br>        vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 2:20-cv-01801-JAD-BNW

**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF**

ECF No. 29

        IT IS HEREBY STIPULATED by and between the parties, through their undersigned

attorneys, and with the approval of the Court, that this action be remanded for further administrative

action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

        On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for

a new decision.

//

//

1   The parties further request that the Clerk of the Court be directed to enter a final judgment in

2   favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

3

4   Dated: September 16, 2021                     Respectfully submitted,

5                                                 FORD, WALKER, HAGGERY & BEHAR

6                                                 */s/ Kevin Lazar*
                                                  KEVIN LAZAR
7                                                 (*as authorized via email on September 16, 2021)
                                                  Attorney for Plaintiff
8

9   Dated: September 16, 2021                     Respectfully submitted,

10                                                CHRISTOPHER CHIOU
11                                                Acting United States Attorney

12                                                */s/ Allison J. Cheung*
                                                  ALLISON J. CHEUNG
13                                                Special Assistant United States Attorney
                                                  Attorneys for Defendant
14

15

16

17                                                IT IS SO ORDERED:

18                                                _____

19                                                UNITED STATES DISTRICT JUDGE

20

21                                                DATED: September 17, 2021

22

23

24

25

26                                                       2

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 160 Spear Street, Suite 800, San Francisco, California 94105.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Shayne L. Wulterin
shayne@fwhb.com
Attorney for Plaintiff

Kevin Lazar
Klazar@fwhb.com
Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 16, 2021

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney